**[J-3-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 20 EAP 2018 |
| | : | |
| Appellee | : | Appeal from the Judgment of Superior |
| | : | Court entered on December 22, 2017 |
| | : | at No. 1249 EDA 2016 affirming the |
| v. | : | Judgment of Sentence entered on |
| | : | January 20, 2016 in the Court of |
| | : | Common Pleas, Philadelphia County, |
| RAHEEM WILLIAMS, | : | Criminal Division at Nos. CP-51-CR- |
| | : | 0015842-2013, CP-51-CR-0015843- |
| Appellant | : | 2013 and CP-51-CR-0015844-2013. |
| | : | |
| | : | ARGUED: March 6, 2019 |

## ORDER

**PER CURIAM**

**AND NOW,** this 18th day of June, 2019, the appeal is **DISMISSED** as having been improvidently granted.